**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Criminal No. 9:04-429-RMG |
| | ) | |
| Daniel Holmes, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

    This matter comes before the Court on Defendant's second motion for the early termination of his present eight year term of supervised release. (Dkt. No. 288). Defendant was indicted in 2004 on drug charges and was convicted in 2007 following a jury trial. (Dkt. Nos. 1, 110). Defendant was held accountable at sentencing for large amounts of drugs, which produced at that time a mandatory minimum sentence of Life. (Dkt. Nos. 166, 166-3). Defendant was sentenced on December 4, 2008 to Life plus 10 years of supervised release. (Dkt. No. 170). Defendant had his sentence commuted by President Barak Obama to 240 months, while leaving intact his 10 year term of supervised release. (Dkt. No. 250-2 at 2). Defendant on August 3, 2020 had his sentence reduced to time served, followed by eight years of supervised release. (Dkt. No. 275). On October 13, 2023, Defendant petitioned this Court for the early termination of his supervised release.

    Defendant notes that he owns and operates a landscaping and property management business, is an active church member, and has recently gotten married. (Dkt. No. 288). The Government opposes the motion, noting the serious history of past drug trafficking that once resulted in a mandatory sentence of Life. (Dkt. No. 293). The Government further notes that when Defendant's sentence was reduced to time served in 2020 by the Honorable Margaret Seymour,

1

Senior United States District Judge, she imposed an eight year term of supervised release. (Dkt. No. 275). Probation has advised the Court the office does not oppose the motion. (Dkt. No. 292).

The Court denied a previous request for the early termination of supervised release on November 28, 2022, noting Defendant's serious past history of drug trafficking. (Dkt. No.284). The Court at that time commended Defendant on his transition to civilian life after release from imprisonment in 2020. The Court was reluctant at that time to terminate Defendant's term of supervised release after the completion of a little over two years. Defendant has continued to successfully transition to civilian life and has had no violations over the past 12 months. The Court is persuaded that any further continuation of supervised release is unnecessary. Consequently, the motion for the early termination of supervised release (Dkt. No. 288) is granted.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel  
Richard Mark Gergel  
United States District Judge

November 16, 2023  
Charleston, South Carolina